UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES TRUSTEE
MIDDLE DISTRICT OF PENNSYLVANIA

**REPORT OF PRIVATE SALE**
**(For Chapter 7, 11 and 13 cases)**

| | | |
|---|---|---|
| CASE CAPTION: | : | Chapter 7 |
|    Scott C. Brown, | : | |
|    Adeline G. Brown, | : | |
|                    Debtors | : | Case No. 1-17-00091-RNO |

1. DATE OF SALE: 07/31/2017    TRUSTEE'S ATTORNEY: Lawrence V. Young, Esquire

2. ATTORNEY FOR CREDITORS' COMMITTEE: N/A

3. DESCRIPTION OF ASSETS: Real Estate at 748 South Duke St., York, PA

4. REASON FOR ACCEPTANCE OF PRIVATE OFFER IN LIEU OF PUBIC SALE: Higher sale price.

5. VALUE OF PROPERTY: $29,500.00    HOW OBTAINED: Realtor's opinion
                                                              (Appraisal or Otherwise)

6. PURCHASE PRICE $29,500.00 NAME OF PURCHASER: Monica Lopez Polanco and
                                                                       Charles J. Rodriguez Geronimo

7. HOW WAS PURCHASER OBTAINED: Through Realtor

8. PURCHASER'S RELATIONSHIP TO DEBTOR: None

9. EXPENSES OF SALE: $7,343.31    NET AMOUNT REALIZED: $22,680.27
    (Attach itemization or real estate settlement sheet)

10. WERE THERE ANY OBJECTIONS MADE TO THE SALE? No IF SO, STATE NAME OF OBJECTOR, REASON FOR OBJECTION, OBJECTOR'S RELATION TO DEBTOR AND OUTCOME OF HEARING, IF ANY:

Lawrence V. Young, Esquire                    /s/Lawrence V. Young, Esquire
                                                               Signature

Date: August 10, 2017

(File original with Clerk's Office within five (5) days of sale, even if objection is filed, with copy to U.S. Trustee)
UST-PA-MD-6
(Apr. 1988)

{01343983/1}

# Closing Disclosure

Closing Information
Date Issued 07/27/2017
Closing Date 07/31/2017
Disbursement Date 07/31/2017
Settlement Agent Homesale Settlement
File # YWY17-52450
Property 748 South Duke Street
York, PA 17401
Sale Price $29,500

Transaction Information
Borrower Monica Lopez Polanco, Charles J.
644 West Philadelphia Street, 3
York, PA 17401
Seller LAWRENCE V. YOUNG, TRUSTEE IN
748 South Duke Street
York, PA 17401

## Summaries of Transactions

### SELLER'S TRANSACTION

| Due to Seller at Closing | | $30,873.58 |
|---|---|---|
| 01 Sale Price of Property | | $29,500.00 |
| 02 Sale Price of Any Personal Property Included in Sale | | |
| 03 | | |
| 04 | | |
| 05 | | |
| 06 | | |
| 07 | | |
| 08 | | |
| Adjustments for Items Paid by Seller in Advance | | |
| 09 City/Town Taxes | 07/31/2017 to 12/31/2017 | $277.66 |
| 10 County Taxes | 07/31/2017 to 12/31/2017 | $81.52 |
| 11 Assessments | 07/31/2017 to 06/30/2018 | $1,014.40 |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |

| Due from Seller at Closing | | $8,193.31 |
|---|---|---|
| 01 Excess Deposit | | |
| 02 Closing Costs Paid at Closing (J) | | $7,343.31 |
| 03 Existing Loan(s) Assumed or Taken Subject to | | |
| 04 Payoff of First Mortgage Loan | | |
| 05 Payoff of Second Mortgage Loan | | |
| 06 | | |
| 07 | | |
| 08 Seller Credit | | $850.00 |
| 09 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| Adjustments for Items Unpaid by Seller | | |
| 14 City/Town Taxes | to | |
| 15 County Taxes | to | |
| 16 Assessments | to | |
| 17 | | |
| 18 | | |
| 19 | | |

### CALCULATION

| Total Due to Seller at Closing | $30,873.58 |
|---|---|
| Total Due from Seller at Closing | $8,193.31 |
| Cash to Close ☐ From ☑ To Seller | $22,680.27 |

## Contact Information

**REAL ESTATE BROKER (B)**

| Name | BHHS Homesale Realty - WY |
|---|---|
| Address | 1680 Kenneth Road |
| | West York, PA 17408 |
| License ID | PA RB061397C |
| Contact | Aracelis Delgado-Cor |
| Contact License ID | PA RS328764 |
| Email | adelgadocorrea@homesale.com |
| Phone | |

**REAL ESTATE BROKER (S)**

| Name | BHHS Homesale Realty - EY |
|---|---|
| Address | 2525 Eastern Boulevard |
| | East York, PA 17402 |
| License ID | PA RB061397C |
| Contact | Richard Smith |
| Contact License ID | PA AB023399A |
| Email | rick@ricksmithteam.com |
| Phone | (717) 495-7811 |

**SETTLEMENT AGENT**

| Name | Homesale Settlement Services |
|---|---|
| Address | BHHS Homesale Services, 1680 |
| | West York, PA 17408 |
| License ID | NN 56801 |
| Contact | |
| Contact License ID | |
| Email | |
| Phone | |

**Questions?** If you have questions about the loan terms or costs on this form, use the contact information above. To get more information or make a complaint, contact the Consumer Financial Protection Bureau at www.consumerfinance.gov/mortgage-closing

CLOSING DISCLOSURE

PAGE 1 OF 3

Case 1:17-bk-00091-RNO Doc 67 Filed 08/10/17 Entered 08/10/17 15:11:49 Desc Main Document Page 2 of 4

# Closing Cost Details

| Loan Costs | | Seller-Paid | |
|---|---|---|---|
| | | At Closing | Before Closing |
| **A. Origination Charges** | | | |
| 01 0.000000% of Loan Amount (Points) to | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **B. Services Borrower Did Not Shop For** | | | |
| 01 | | | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |
| **C. Services Borrower Did Shop For** | | | |
| 01 Notary Fee - Seller to LORIE STOVER | | $12.00 | |
| 02 | | | |
| 03 | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 | | | |

| Other Costs | | | |
|---|---|---|---|
| **E. Taxes and Other Government Fees** | | | |
| 01 Recording Fees    Deed:         Mortgage: | | | |
| 02 State Tax/stamps to Recording Escrow Account | | $295.00 | |
| **F. Prepaids** | | | |
| 01 Homeowner's Insurance Premium  mo. to | | | |
| 02 Mortgage Insurance Premium    mo. to | | | |
| 03 Prepaid Interest  per day from  to | | | |
| 04 Property Taxes   mo. to | | | |
| 05 | | | |
| **G. Initial Escrow Payment at Closing** | | | |
| 01 Homeowner's Insurance  per month for  mo. | | | |
| 02 Mortgage Insurance     per month for   mo. | | | |
| 03 Property Taxes  per month for  mo. | | | |
| 04 | | | |
| 05 | | | |
| 06 | | | |
| 07 | | | |
| 08 Aggregate Adjustment | | | |
| **H. Other** | | | |
| 01 2017 City/County taxes to York City Treasurer | | $942.55 | |
| 02 2017 School taxes to York City Treasurer | | $1,108.55 | |
| 03 July & past due Sewer/Refuse to CITY OF YORK | | $465.21 | |
| 04 Real Estate Commission Buyers Broker to BHHS Homesale | | $1,400.00 | |
| 05 Real Estate Commission Sellers Broker to BHHS Homesale | | $2,100.00 | |
| 06 Release of Judgment to M&T Bank | | $1,000.00 | |
| 07 Tax Certification Fee reimbursement to Homesale | | $20.00 | |
| 08 | | | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| **J. TOTAL CLOSING COSTS** | | $7,343.31 | $0.00 |

CLOSING DISCLOSURE                                                                                         PAGE 2 OF 3

# Addendum

**Closing Information:**
Date Issued: 07/27/2017
Closing Date: 07/31/2017
Property Information: 748 South Duke Street
York, PA 17401

File No: YWY17-52450

**Transaction Information:**
| | | | |
|---|---|---|---|
| Borrower: | Monica Lopez Polanco | Borrower: | Charles J. Rodriguez Geronimo |
| Address: | 644 West Philadelphia Street, 3 | Address: | |
| City/ST/Zip: | York, PA 17401 | City/ST/Zip: | |

Seller:
LAWRENCE V. YOUNG, TRUSTEE IN BANKRUPTCY FOR
Address: 748 South Duke Street
City/ST/Zip: York, PA 17401

Seller: ADELINE G. BROWN
Address:
City/ST/Zip:

| Other Costs | Seller-Paid | |
|---|---|---|
| | At Closing | Before Closing |
| H. Other | | |
| 04 Real Estate Commission Buyers Broker to BHHS Homesale Realty - WY | $1,400.00 | |
| 05 Real Estate Commission Sellers Broker to BHHS Homesale Realty - EY | $2,100.00 | |
| 07 Tax Certification Fee reimbursement to Homesale Settlement Services | $20.00 | |

**Additional Text** — Text that could not fit on pages 1-5 are shown in full here.

| Area | Full Text |
|---|---|
| Closing Information, Settlement Agent | Homesale Settlement Services |

_Lawrence V Young_
_Trustee in Bankruptcy for_
_Scott + Adeline Brown_
_____
Seller

7/31/17
Date

Case 1:17-bk-00091-RNO    Doc 67    Filed 08/10/17    Entered 08/10/17 15:11:49    Desc Main Document    Page 4 of 4