UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

In re: BROWN, SCOTT C  § Case No. 1:17-00091-HWV
     BROWN, ADELINE G  §
 §
Debtor(s)  §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 11, 2017. The undersigned trustee was appointed on January 11, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $     91,963.55

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 6,262.64 |
| Administrative expenses | 37,565.12 |
| Bank service fees | 1,009.43 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 10,600.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 36,526.36 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/19/2017 and the deadline for filing governmental claims was 07/10/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,318.18. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,318.18, for a total compensation of $7,318.18.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $58.29, for total expenses of $58.29.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/23/2020  By: /s/LAWRENCE V. YOUNG, TRUSTEE
  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 1:17-00091-HWV | **Trustee:** (580410) LAWRENCE V. YOUNG, TRUSTEE |
| **Case Name:** BROWN, SCOTT C | **Filed (f) or Converted (c):** 01/11/17 (f) |
| BROWN, ADELINE G | **§341(a) Meeting Date:** 02/08/17 |
| **Period Ending:** 03/23/20 | **Claims Bar Date:** 05/19/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 102 Farmview Drive, York, PA 17408-0000, York Co  Imported from original petition Doc# 1 | 234,424.00 | 0.00 | | 0.00 | FA |
| 2 | 231 South Penn Street, York, PA 17401-0000, York  Trustee listed property for sale 2/15/17 for $25,000. Order approving sale entered 4/18/17 (Docket #42). Asset sold 5/12/2017. | 30,000.00 | 13,248.92 | | 25,000.00 | FA |
| 3 | 214 Chestnut Street, York, PA 17403-0000, York C  Trustee listed property for sale 2/15/17 for $12,500. Purchase offer of $12,500 received 3/9/17. Court Order approving sale 4/12/17 (Docket #34). Asset sold on 4/27/2017. | 15,000.00 | 11,354.45 | | 12,500.00 | FA |
| 4 | 230 East Poplar Street, York, PA 17403-0000, Yor  Trustee listed property for sale 2/15/17 for $19,500. Court Order approving sale 4/12/17 (Docket #36). Asset sold 5/10/2017. | 20,000.00 | 18,884.19 | | 18,000.00 | FA |
| 5 | 748 South Duke Street, York, PA 17401-0000, York  Trustee listed property for sale 2/15/17 for $29,500. Order approving sale entere 5/25/17 (Docket #60) Asset sold 7/31/17. | 40,000.00 | 27,321.84 | | 29,500.00 | FA |
| 6 | Cash  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: First Capital FCU  Imported from original petition Doc# 1 | 7.00 | 0.00 | | 0.00 | FA |
| 8 | Savings: First Capital FCU  Imported from original petition Doc# 1 | 188.00 | 0.00 | | 0.00 | FA |
| 9 | Savings: Members 1st FCU  Imported from original petition Doc# 1 | 35.13 | 0.00 | | 0.00 | FA |
| 10 | Checking: Members 1st FCU  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 11 | Checking: Wells Fargo  Imported from original petition Doc# 1 | 17.00 | 0.00 | | 0.00 | FA |
| 12 | Deposits of money: Statefarm college savings acc  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:17-00091-HWV  
**Case Name:** BROWN, SCOTT C  
BROWN, ADELINE G  
**Period Ending:** 03/23/20

**Trustee:** (580410) LAWRENCE V. YOUNG, TRUSTEE  
**Filed (f) or Converted (c):** 01/11/17 (f)  
**§341(a) Meeting Date:** 02/08/17  
**Claims Bar Date:** 05/19/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Deposits of money: First Capital FCU $4,490.46 -<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | TV($250), computer($300), furniture($1,000), bed<br>Imported from original petition Doc# 1 | 3,100.00 | 0.00 | | 0.00 | FA |
| 15 | Books, pictures, art<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 16 | misc. clothing<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 17 | misc. clothing<br>Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 18 | wedding band<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 19 | wedding bands<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | golf clubs<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 21 | York Hospital Pension<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Ret. or Pension Acct.: 403B<br>Imported from original petition Doc# 1 | 18,269.44 | 0.00 | | 0.00 | FA |
| 23 | Precision Underground Construction Services Corp<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Just In Time Vending, LLC<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Edge Of Town Hand Car Wash<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 2015 Toyota Highlander, leased vehicle - no curr<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 27 | 2010 Mercedes Benz E Class. Entire property valu<br>Imported from original petition Doc# 1 | 10,600.00 | 0.00 | | 0.00 | FA |
| 28 | copy machine<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:17-00091-HWV  **Trustee:** (580410) LAWRENCE V. YOUNG, TRUSTEE
**Case Name:** BROWN, SCOTT C  **Filed (f) or Converted (c):** 01/11/17 (f)
BROWN, ADELINE G  **§341(a) Meeting Date:** 02/08/17
**Period Ending:** 03/23/20  **Claims Bar Date:** 05/19/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 29 | lawn mower & misc. tools<br>Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 30 | Rent from 231 S. Penn Street (u) | Unknown | 3,000.00 | | 1,500.00 | FA |
| 31 | Rent from 214 Chestnut Street (u)<br>Tenant vacated premises in January, but did not advise us until March. Trustee did not collect rent prior to sale of property. | Unknown | 3,000.00 | | 0.00 | FA |
| 32 | Rent from 230 E. Poplar (u) | Unknown | 3,570.00 | | 1,938.55 | FA |
| 33 | Rent from 748 S. Duke Street (u)<br>Rent was paid by Housing Authority. Trustee paid tenant's costs of relocating as the Trustee had obtained a purchaser who wished to occupy the property. | Unknown | 4,500.00 | | 3,525.00 | FA |
| 34 | 2016 tax refund (u) | 8,821.00 | 1,465.25 | | 0.00 | FA |
| 34 | **Assets** Totals (Excluding unknown values) | **$388,811.57** | **$86,344.65** | | **$91,963.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee sold four parcels of real estate. The last remaining asset is the debtors' non-exempt portion of their 2016 tax refund. Prepare TFR after receipt of non-exempt portion of 2016 tax refund (Approximately $1,500 is expected). The 2016 federal tax return was prepared by James O'Mara and sent by James O'Mara to the Debtors for filing on 1/9/2019. As of 12/11/2019, the Debtors had filed the 2016 tax return, but had not yet received the refund.

**Initial Projected Date Of Final Report (TFR):** September 30, 2017    **Current Projected Date Of Final Report (TFR):** March 31, 2020

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1:17-00091-HWV  
**Case Name:** BROWN, SCOTT C  
BROWN, ADELINE G  
**Taxpayer ID #:** **-***1805  
**Period Ending:** 03/23/20

**Trustee:** LAWRENCE V. YOUNG, TRUSTEE (580410)  
**Bank Name:** Mechanics Bank  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $10,039,679.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/27/17 | {33} | Stephanie Jamison | Acct #748; Payment #1; February, 2017 rent | | 1222-000 | 750.00 | | 750.00 |
| 03/01/17 | | Tessia M. Hollinger | Acct #231; Payment #1, 2; February and March rent | | | 1,000.00 | | 1,750.00 |
| | {30} | | Acct #231; Payment #1; February and March rent | 500.00 | 1222-000 | | | 1,750.00 |
| | {30} | | Acct #231; Payment #2; February and March rent | 500.00 | 1222-000 | | | 1,750.00 |
| 03/03/17 | {32} | Wilma J. Davidson | Acct #230; Payment #1; February rent | | 1222-000 | 595.00 | | 2,345.00 |
| 03/09/17 | 101 | Trustee Insurance Agency | Insurance premium for four parcels of real estate | | 2420-000 | | 1,202.40 | 1,142.60 |
| 03/10/17 | {32} | Wilma J. Davidson | Acct #230; Payment #2 | | 1222-000 | 595.00 | | 1,737.60 |
| 03/21/17 | 102 | Drew Smith | Repairs to 748 S. Duke Street | | 2420-000 | | 284.14 | 1,453.46 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,443.46 |
| 04/19/17 | {30} | Tessia M. Hollinger | Acct #231; Payment #3; April rent | | 1222-000 | 500.00 | | 1,943.46 |
| 04/28/17 | | Mercury Abstract Company | Sale of 214 East Chestnut Street per Court Order 4/12/17 (#34) | | | 7,151.05 | | 9,094.51 |
| | {3} | Buyer: Raulin De La Cruz | Gross sales price | 12,500.00 | 1110-000 | | | 9,094.51 |
| | | | Realtor commission and broker service fee | -3,500.00 | 3510-000 | | | 9,094.51 |
| | | | Transfer tax, notary fee | -135.00 | 2500-000 | | | 9,094.51 |
| | | | Net real estate taxes and sewer | -1,713.95 | 2820-000 | | | 9,094.51 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 9,084.51 |
| 05/02/17 | | Housing Authority of York | Acct #748; Payment #2, 3; Rent | | | 1,275.00 | | 10,359.51 |
| | {33} | | Acct #748; Payment #2; Rent | 750.00 | 1222-000 | | | 10,359.51 |
| | {33} | | Acct #748; Payment #3; Rent | 525.00 | 1222-000 | | | 10,359.51 |
| 05/08/17 | 103 | M&T Bank | 214 E. Chestnut Street - compromised amount for release of lien | | 4110-000 | | 1,000.00 | 9,359.51 |
| 05/11/17 | | Abstract Associates of Lancaster | Settlement proceeds, sale per Court Order 4/12/17 (#36) | | | 10,426.96 | | 19,786.47 |
| | {4} | Buyer: JTDH, LLC | Gross sale price | 18,000.00 | 1110-000 | | | 19,786.47 |
| | | | Realtor's commission | -3,500.00 | 3510-000 | | | 19,786.47 |
| | | | Transfer tax, tax certification fee | -200.00 | 2500-000 | | | 19,786.47 |
| | | M&T BANK | M&T Bank judgment | -1,000.00 | 4110-000 | | | 19,786.47 |
| | | City of York | Sewer and Refuse | -287.83 | 2820-000 | | | 19,786.47 |

Subtotals : $22,293.01 $2,506.54

{} Asset reference(s) Printed: 03/23/2020 03:42 PM V-14.66

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1:17-00091-HWV  
**Case Name:** BROWN, SCOTT C  
BROWN, ADELINE G  
**Taxpayer ID #:** **-***1805  
**Period Ending:** 03/23/20  

**Trustee:** LAWRENCE V. YOUNG, TRUSTEE (580410)  
**Bank Name:** Mechanics Bank  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $10,039,679.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Net real estate taxes | -1,585.21 | 2820-000 | | | 19,786.47 |
| | | | Credit to buyer for necessary repairs | -1,000.00 | 2500-000 | | | 19,786.47 |
| 05/12/17 | | Certified Title Corporation | Sale of 231 South Penn Street per Court Order 4/18/17 (#42) | | | 18,868.49 | | 38,654.96 |
| | {2} | Buyer: Wanda Ivette Ramos Rodriguez | Gross sale price | 25,000.00 | 1110-000 | | | 38,654.96 |
| | | M&T BANK | Judicial lien of M&T Bank | -1,000.00 | 4110-000 | | | 38,654.96 |
| | | | Realtor's commission | -3,500.00 | 3510-000 | | | 38,654.96 |
| | | | Transfer tax and notary fee | -275.00 | 2500-000 | | | 38,654.96 |
| | | | Net real estate taxes | -1,356.51 | 2820-000 | | | 38,654.96 |
| 05/15/17 | | JTDH, LLC | Acct #230; Payment #3, 4; Rent for April, 2017, pro-rated rent for May, 2017 | | | 748.55 | | 39,403.51 |
| | {32} | | Acct #230; Payment #3; Rent for April, 2017, pro-rated rent for May, 2017 | 595.00 | 1222-000 | | | 39,403.51 |
| | {32} | | Acct #230; Payment #4; Rent for April, 2017, pro-rated rent for May, 2017 | 153.55 | 1222-000 | | | 39,403.51 |
| 05/16/17 | 104 | Scott C. Brown | Payment of exemption of 231 South Penn Street, York, PA | | 8100-002 | | 10,600.00 | 28,803.51 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 36.65 | 28,766.86 |
| 06/02/17 | | Housing Authority of York for Stephanie Jamison | Acct #748; Payment #3, 4; Rent | | | 750.00 | | 29,516.86 |
| | {33} | | Acct #748; Payment #3; Rent | 225.00 | 1222-000 | | | 29,516.86 |
| | {33} | | Acct #748; Payment #4; Rent | 525.00 | 1222-000 | | | 29,516.86 |
| 06/08/17 | 105 | American Heritage Property Management | Stephanie Jamison security deposit for 737 Wallace Street | | 2500-000 | | 995.00 | 28,521.86 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 42.38 | 28,479.48 |
| 07/03/17 | | Housing Authority of York for Stephanie Jamison | Acct #748; Payment #4, 5; July, 2017 rent | | | 750.00 | | 29,229.48 |
| | {33} | | Acct #748; Payment #4; July, 2017 rent | 225.00 | 1222-000 | | | 29,229.48 |

Subtotals : $21,117.04 $11,674.03

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1:17-00091-HWV
**Case Name:** BROWN, SCOTT C
BROWN, ADELINE G
**Taxpayer ID #:** **-***1805
**Period Ending:** 03/23/20

**Trustee:** LAWRENCE V. YOUNG, TRUSTEE (580410)
**Bank Name:** Mechanics Bank
**Account:** ******7366 - Checking Account
**Blanket Bond:** $10,039,679.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  | {33} |  | Acct #748; Payment #5; 525.00 July, 2017 rent | 1222-000 |  |  | 29,229.48 |
| 07/10/17 | 106 | CGA Law Firm | Counsel fees and expenses approved by Court Order 7/7/17 (#65) |  |  | 8,246.14 | 20,983.34 |
|  |  |  | Counsel fees approved 7,407.00 7/7/17 | 3110-000 |  |  | 20,983.34 |
|  |  |  | Counsel expenses 839.14 approved 7/7/17 | 3120-000 |  |  | 20,983.34 |
| 07/12/17 | 107 | American Heritage Property Management | Rent for 644 W. Philadelphia St./Charles Rodriguez | 2500-000 |  | 395.00 | 20,588.34 |
| 07/12/17 | 108 | Stephanie Jamison | Reimbursement for rental applications | 2500-000 |  | 70.00 | 20,518.34 |
| 07/20/17 | 109 | Green City Realty | Security Deposit paid for Stephanie Jamison | 2500-000 |  | 850.00 | 19,668.34 |
| 07/27/17 |  | American Heritage Property Management LLC | Refund of security deposit paid for Stephanie Jamison 737 Wallace Street, York, PA. | 2500-000 |  | -995.00 | 20,663.34 |
| 07/28/17 | 110 | Tarisha Jackson | Rent for Stephanie Jamison August 1, 2017 - August 7, 2017 | 2500-000 |  | 350.00 | 20,313.34 |
| 07/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 33.15 | 20,280.19 |
| 08/01/17 |  | Housing Authority of York for Stephanie Jamison | Acct #748; Payment #5, 6; August, 2017 rent |  | 750.00 |  | 21,030.19 |
|  | {33} |  | Acct #748; Payment #5; 225.00 August, 2017 rent | 1222-000 |  |  | 21,030.19 |
|  | {33} |  | Acct #748; Payment #6; 525.00 August, 2017 rent | 1222-000 |  |  | 21,030.19 |
| 08/02/17 |  | BROWN, SCOTT C | Closing on 748 South Duke Street, York, PA 17401 |  | 22,680.27 |  | 43,710.46 |
|  | {5} | Monica Lopez Polanco & Charles Rodriguez | Sale Price 29,500.00 | 1110-000 |  |  | 43,710.46 |
|  |  | M&T BANK | Agreed-upon payment to -1,000.00 M&T for release of lien | 4110-000 |  |  | 43,710.46 |
|  |  |  | Realtor's commission -3,500.00 | 3510-000 |  |  | 43,710.46 |
|  |  |  | Notary fee, tax -327.00 certification, transfer tax | 2500-000 |  |  | 43,710.46 |
|  |  |  | Net post-petition real -677.52 estate taxes | 2820-000 |  |  | 43,710.46 |
|  |  | City of York | Municipal Sewer and -465.21 Refuse | 2820-000 |  |  | 43,710.46 |
|  |  |  | Seller assistance, credit -850.00 to purchaser | 2500-000 |  |  | 43,710.46 |

Subtotals : $23,430.27 $8,949.29

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1:17-00091-HWV  
**Case Name:** BROWN, SCOTT C  
BROWN, ADELINE G  
**Taxpayer ID #:** **-***1805  
**Period Ending:** 03/23/20

**Trustee:** LAWRENCE V. YOUNG, TRUSTEE (580410)  
**Bank Name:** Mechanics Bank  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $10,039,679.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/17 | 111 | Sa'Niya Barr | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,660.46 |
| 08/08/17 | 112 | Sa'lay Barr | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,610.46 |
| 08/08/17 | 113 | Sapphire Barr | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,560.46 |
| 08/08/17 | 114 | Iaj Sublett | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,510.46 |
| 08/08/17 | 115 | Iyon Jackson | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,460.46 |
| 08/08/17 | 116 | Shafiq Jamison | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,410.46 |
| 08/08/17 | 117 | Tarisha Jackson | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,360.46 |
| 08/08/17 | 118 | Tyson Dale | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,310.46 |
| 08/08/17 | 119 | Zamera Bradley | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,260.46 |
| 08/08/17 | 120 | Aremaz DeShields | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,210.46 |
| 08/09/17 | 121 | Green City Realty | Pro-rated rent for August rent for Stephanie Jamison | 2500-000 | | 90.00 | 43,120.46 |
| 08/22/17 | 122 | Trustee Insurance Agency | Final insurance premium through date of cancelation | 2420-000 | | 416.50 | 42,703.96 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.09 | 42,640.87 |
| 09/01/17 | 123 | Housing Authority of the City of York | Refund of rent received 748 S. Duke Street for Stephanie Jamison | | | 750.00 | 41,890.87 |
| | {33} | | Acct #748; Payment #5    225.00 | 1222-000 | | | 41,890.87 |
| | {33} | | Acct #748; Payment #6    525.00 | 1222-000 | | | 41,890.87 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.63 | 41,832.24 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.17 | 41,768.07 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.07 | 41,708.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.98 | 41,650.02 |
| 01/02/18 | 124 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/02/2018 FOR CASE #17-00091 | 2300-000 | | 24.29 | 41,625.73 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.87 | 41,559.86 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.79 | 41,504.07 |

Subtotals :      $0.00      $2,206.39

{} Asset reference(s)      Printed: 03/23/2020 03:42 PM    V-14.66

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1:17-00091-HWV  
**Case Name:** BROWN, SCOTT C  
BROWN, ADELINE G  
**Taxpayer ID #:** **-***1805  
**Period Ending:** 03/23/20

**Trustee:** LAWRENCE V. YOUNG, TRUSTEE (580410)  
**Bank Name:** Mechanics Bank  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $10,039,679.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.69 | 41,444.38 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.62 | 41,386.76 |
| 05/22/18 | 125 | York County Tax Claim Bureau | Pre-petition delinquent real estate taxes that were inadvertently not paid from settlement | 4700-000 | | 2,262.64 | 39,124.12 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.48 | 39,058.64 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.30 | 39,004.34 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.84 | 38,944.50 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.88 | 38,886.62 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.82 | 38,856.80 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.12 | 38,821.68 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.90 | 38,789.78 |
| 12/13/18 | 126 | James P. O'Mara, CPA | Retainer for accounting services | 3410-000 | | 800.00 | 37,989.78 |
| 01/08/19 | 127 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/08/2019 FOR CASE #17-00091, 2019 blanket bond | 2300-000 | | 10.92 | 37,978.86 |
| 04/08/19 | 128 | James P. O'Mara | Fees approved by Court Order dated 4/5/2019 | 3410-000 | | 1,438.00 | 36,540.86 |
| 08/28/19 | | Transition Transfer Debit | | 9999-000 | | 36,540.86 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 66,840.32 | 66,840.32 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 36,540.86 | |
| | | | **Subtotal** | | 66,840.32 | 30,299.46 | |
| | | | Less: Payments to Debtors | | | 10,600.00 | |
| | | | **NET Receipts / Disbursements** | | **$66,840.32** | **$19,699.46** | |

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 1:17-00091-HWV | **Trustee:** | LAWRENCE V. YOUNG, TRUSTEE (580410) |
| **Case Name:** BROWN, SCOTT C | **Bank Name:** | United Bank |
| BROWN, ADELINE G | **Account:** | ********9563 - Checking Account |
| **Taxpayer ID #:** **-***1805 | **Blanket Bond:** | $10,039,679.00 (per case limit) |
| **Period Ending:** 03/23/20 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/28/19 | | Transfer from 0061 to 9563 | Transfer from 0061 to 9563 | 9999-000 | 36,540.86 | | 36,540.86 |
| 12/18/19 | | Transfer from 9563 to 1027 | Transfer from 9563 to 1027 | 9999-000 | | 36,540.86 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 36,540.86 | 36,540.86 | $0.00 |
| | | | Less: Bank Transfers | | 36,540.86 | 36,540.86 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 1:17-00091-HWV | | Trustee: | LAWRENCE V. YOUNG, TRUSTEE (580410) |
|---|---|---|---|---|
| Case Name: | BROWN, SCOTT C | | Bank Name: | Metropolitan Commercial Bank |
| | BROWN, ADELINE G | | Account: | ******0002 - Checking Account |
| Taxpayer ID #: | **-***1805 | | Blanket Bond: | $10,039,679.00 (per case limit) |
| Period Ending: | 03/23/20 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/18/19 | | Transfer from 4083 to 0002 | Transfer from 4083 to 0002 | 9999-000 | 36,540.86 | | 36,540.86 |
| 01/02/20 | 20129 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/02/2020 FOR CASE #17-00091, Bond #016026361 | 2300-000 | | 12.70 | 36,528.16 |
| 02/24/20 | 20130 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/24/2020 FOR CASE #17-00091, Premium for increase in amount of blanket bond | 2300-000 | | 1.80 | 36,526.36 |
| | | | ACCOUNT TOTALS | | 36,540.86 | 14.50 | $36,526.36 |
| | | | Less: Bank Transfers | | 36,540.86 | 0.00 | |
| | | | Subtotal | | 0.00 | 14.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $14.50 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******7366 | 66,840.32 | 19,699.46 | 0.00 |
| Checking # ********9563 | 0.00 | 0.00 | 0.00 |
| Checking # ******0002 | 0.00 | 14.50 | 36,526.36 |
| | $66,840.32 | $19,713.96 | $36,526.36 |

# Exhibit C Claims Register

Case: 1:17-00091-HWV   BROWN, SCOTT C

Claims Bar Date: 05/19/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
|  | CGA Law Firm | Admin Ch. 7 |  | $7,407.00 | $7,407.00 | $0.00 |
|  |  | 01/11/17 |  | $7,407.00 |  |  |
|  |  |  | First Application Approved by Court Order July 7, 2017 |  |  |  |
|  | <3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 |  |  |  |  |  |
|  | CGA Law Firm | Admin Ch. 7 |  | $839.14 | $839.14 | $0.00 |
|  |  | 01/11/17 |  | $839.14 |  |  |
|  |  |  | First Application Approved by Court Order July 7, 2017 |  |  |  |
|  | <3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 |  |  |  |  |  |
|  | LAWRENCE V. YOUNG, TRUSTEE<br>135 NORTH GEORGE STREET<br>YORK, PA 17401 | Admin Ch. 7<br>01/11/17 |  | $58.29<br>$58.29 | $0.00 | $58.29 |
|  | <2200-00  Trustee Expenses>, 200 |  |  |  |  |  |
|  | LAWRENCE V. YOUNG, TRUSTEE<br>135 NORTH GEORGE STREET<br>YORK, PA 17401 | Admin Ch. 7<br>01/11/17 |  | $7,318.18<br>$7,318.18 | $0.00 | $7,318.18 |
|  | <2100-00  Trustee Compensation>, 200 |  |  |  |  |  |
| 1 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>02/24/17 | Claim reviewed | $2,672.93<br>$2,672.93 | $0.00 | $2,672.93 |
|  | <7100-00  General Unsecured § 726(a)(2)>, 610 |  |  |  |  |  |
| 3 | American Express Bank, FSB<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured<br>03/21/17 | Claim reviewed | $2,168.02<br>$2,168.02 | $0.00 | $2,168.02 |
|  | <7100-00  General Unsecured § 726(a)(2)>, 610 |  |  |  |  |  |
| 4 | M&T BANK<br>PO BOX 1508<br><br>BUFFALO, NY 14240 | Unsecured<br>04/04/17 | Claim reviewed | $5,069.38<br>$5,069.38 | $0.00 | $5,069.38 |
|  | <7100-00  General Unsecured § 726(a)(2)>, 610 |  |  |  |  |  |
| 5 | M&T BANK<br>PO BOX 1508<br><br>BUFFALO, NY 14240 | Unsecured<br>04/18/17 | Claim #5 is a judgment, which is arguably preferential. M&T Bank agreed to release for $4,000. The Trustee believes the $4,000 payment to claimant is less than the potential cost to litigate the release of the lien. The $4,000 secured portion of the claim has been separated and listed as claim #5S. | $165,184.57<br>$161,184.57 | $0.00 | $161,184.57 |
|  | <7100-00  General Unsecured § 726(a)(2)>, 610 |  |  |  |  |  |

# Exhibit C Claims Register

### Case: 1:17-00091-HWV    BROWN, SCOTT C

Claims Bar Date: 05/19/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5S | M&T BANK<br>PO BOX 1508<br><br>BUFFALO, NY 14240 | Secured<br>04/18/17 | Claim #5 is a judgment, which is arguably preferential. M&T Bank agreed to release for $4,000. The Trustee believes the $4,000 payment to claimant is less than the potential cost to litigate the release of the lien. The $4,000 portion of the claim has been separated and listed as claim #5S. | $165,184.57<br>$4,000.00 | $4,000.00 | $0.00 |
| | <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | | | | | |
| 6 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Unsecured<br>05/11/17 | Claim reviewed | $1,697.67<br>$1,697.67 | $0.00 | $1,697.67 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 7 | Sterling Jewelers Inc.<br>c/o Five Lakes Agency, Inc.<br>P.O. Box 80730<br>Rochester, MI 48308-0730 | Unsecured<br>05/17/17 | Claim reviewed | $1,572.95<br>$1,572.95 | $0.00 | $1,572.95 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 8 | PA Department of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | Priority<br>01/17/19 | Claim not considered tardy as it was filed immediately upon the assessment of the pre-petition tax owed. Claim filed by Debtor. Per email from Debtor's counsel on 3/6/2020, the full amount of the claim remains due. | $2,122.00<br>$2,122.00 | $0.00 | $2,122.00 |
| | <5800-00   Claims of Governmental Units>,  570 | | | | | |
| 2-1P | INTERNAL REVENUE SERVICE<br>P O BOX 12051<br><br>PHILADELPHIA, PA 19105 | Priority<br>03/06/17 | Claimed was amended | $18,084.66<br>$0.00 | $0.00 | $0.00 |
| | <5800-00   Claims of Governmental Units>,  570 | | | | | |
| 2-1U | INTERNAL REVENUE SERVICE<br>P O BOX 12051<br><br>PHILADELPHIA, PA 19105 | Unsecured<br>03/06/17 | Claim was amended | $41,131.79<br>$0.00 | $0.00 | $0.00 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |
| 2-2U | INTERNAL REVENUE SERVICE<br>P O BOX 12051<br><br>PHILADELPHIA, PA 19105 | Unsecured<br>03/06/17 | Claim reviewed | $39,725.13<br>$39,725.13 | $0.00 | $39,725.13 |
| | <7100-00   General Unsecured § 726(a)(2)>,  610 | | | | | |

# Exhibit C Claims Register

Case: 1:17-00091-HWV    BROWN, SCOTT C

Claims Bar Date:  05/19/17

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| CGA2 | CGA Law Firm | Admin Ch. 7 01/11/17 | | $1,647.00 $1,647.00 | $0.00 | $1,647.00 |
| | <3110-00  Attorney for Trustee Fees (Trustee Firm)>, 200 | | | | | |
| CGA2E | CGA Law Firm | Admin Ch. 7 01/11/17 | | $855.36 $855.36 | $0.00 | $855.36 |
| | <3120-00  Attorney for Trustee Expenses (Trustee Firm)>, 200 | | | | | |
| ACCT1 | James P. O'Mara | Admin Ch. 7 01/11/17 | | $1,438.00 $1,438.00 | $1,438.00 | $0.00 |
| | | | Fee application approved by Court Order 4/5/19 (Docket #81). The application for approval of fees mistakenly noted that the Debtors paid the retainer of $1,100. The trustee paid a retainer in the amount of $800 and the Debtors paid a retainer in the amount of $300 for the preparation of their personal tax returns. Because the application for approval of fees requested approval of only $1,438, approval of a separate claim for $800 will be sought with the filing of the Trustee's Final Report. | | | |
| | <3410-00  Accountant for Trustee Fees (Other Firm)>, 200 | | | | | |
| ACCT2 | James P. O'Mara | Admin Ch. 7 01/11/17 | | $800.00 $800.00 | $800.00 | $0.00 |
| | | | The application for approval of fees mistakenly noted that the Debtors paid the retainer of $1,100. The trustee paid a retainer in the amount of $800 and the Debtors paid a retainer in the amount of $300 for the preparation of their personal tax returns. Because the application for approval of fees requested approval of only $1,438, approval of this claim in the amount of $800 will be sought with the filing of the Trustee's Final Report. | | | |
| | <3410-00  Accountant for Trustee Fees (Other Firm)>, 200 | | | | | |

|  |  | | Case Total: | | $14,484.14 | $226,091.48 |
|---|---|---|---|---|---|---|

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 1:17-00091-HWV
Case Name: BROWN, SCOTT C
Trustee Name: LAWRENCE V. YOUNG, TRUSTEE

**Balance on hand:** $ 36,526.36

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 36,526.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - LAWRENCE V. YOUNG, TRUSTEE | 7,318.18 | 0.00 | 7,318.18 |
| Trustee, Expenses - LAWRENCE V. YOUNG, TRUSTEE | 58.29 | 0.00 | 58.29 |
| Attorney for Trustee, Fees - CGA Law Firm | 1,647.00 | 0.00 | 1,647.00 |
| Attorney for Trustee, Expenses - CGA Law Firm | 855.36 | 0.00 | 855.36 |

Total to be paid for chapter 7 administration expenses: $ 9,878.83
Remaining balance: $ 26,647.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 26,647.53

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,122.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | PA Department of Revenue | 2,122.00 | 0.00 | 2,122.00 |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | **$** | 2,122.00 |
| | Remaining balance: | $ | 24,525.53 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 214,090.65 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,672.93 | 0.00 | 306.21 |
| 3 | American Express Bank, FSB | 2,168.02 | 0.00 | 248.36 |
| 4 | M&T BANK | 5,069.38 | 0.00 | 580.73 |
| 5 | M&T BANK | 161,184.57 | 0.00 | 18,464.78 |
| 6 | Synchrony Bank | 1,697.67 | 0.00 | 194.48 |
| 7 | Sterling Jewelers Inc. | 1,572.95 | 0.00 | 180.19 |
| 2-2U | INTERNAL REVENUE SERVICE | 39,725.13 | 0.00 | 4,550.78 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 24,525.53 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: **$** 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**