



September 11, 2020

Terrence S. Miller
United States Bankruptcy Court
Middle District of Pennsylvania
228 Walnut Street, Suite 320
Harrisburg, PA 17108

FILED
Harrisburg, PA

SEP 1 4 2020

Clerk,
US Bankruptcy Court

Re:   **Brown, Scott C. and Adeline G.**
      **Case No. 1:17-bk-00091-HWV**

Dear Mr. Miller:

I am enclosing a check in the amount of $180.19 for deposit into the Registry of Unclaimed Funds.

This check is intended as payment to Claim No. 7. The name, last known address and amount claimed by the creditor is:

Sterling Jewelers, Inc.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308
Amount: $1,572.95

Please feel free to call me if you have any questions regarding this matter.

Sincerely,

*Lawrence V. Young*

Lawrence V. Young

LVY/tml
enclosure

{01825067/1}