# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

In re: BROWN, SCOTT C § Case No. 1:17-00091-HWV
BROWN, ADELINE G §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

LAWRENCE V. YOUNG, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $283,811.57 *(without deducting any secured claims)* | Assets Exempt: $76,419.44 |
| Total Distribution to Claimants: $32,910.17 | Claims Discharged Without Payment: $274,298.62 |
| Total Expenses of Administration: $48,453.38 | |

3) Total gross receipts of $ 91,963.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 10,600.00 (see **Exhibit 2**), yielded net receipts of $81,363.55 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $222,970.80 | $167,447.21 | $6,262.64 | $6,262.64 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 48,453.38 | 48,453.38 | 48,453.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,122.00 | 20,206.66 | 2,122.00 | 2,122.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 312,937.28 | 259,222.44 | 214,090.65 | 24,525.53 |
| **TOTAL DISBURSEMENTS** | $538,030.08 | $495,329.69 | $270,928.67 | $81,363.55 |

4) This case was originally filed under Chapter 7 on January 11, 2017. The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/23/2020      By: /s/LAWRENCE V. YOUNG, TRUSTEE
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 231 South Penn Street, York, PA 17401-0000, York | 1110-000 | 25,000.00 |
| 214 Chestnut Street, York, PA 17403-0000, York C | 1110-000 | 12,500.00 |
| 230 East Poplar Street, York, PA 17403-0000, Yor | 1110-000 | 18,000.00 |
| 748 South Duke Street, York, PA 17401-0000, York | 1110-000 | 29,500.00 |
| Rent from 231 S. Penn Street | 1222-000 | 1,500.00 |
| Rent from 230 E. Poplar | 1222-000 | 1,938.55 |
| Rent from 748 S. Duke Street | 1222-000 | 3,525.00 |
| **TOTAL GROSS RECEIPTS** | | **$91,963.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Scott C. Brown | Payment of exemption of 231 South Penn Street, York, PA | 8100-002 | 10,600.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$10,600.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5S | M&T BANK | 4110-000 | N/A | 165,184.57 | 4,000.00 | 4,000.00 |
| NOTFILED | City Treasurer, Tax Collector | 4110-000 | 1,145.55 | N/A | N/A | 0.00 |
| NOTFILED | City Treasurer, Tax Collector | 4110-000 | 1,151.08 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 11,953.32 | N/A | N/A | 0.00 |
| NOTFILED | M&T Bank | 4110-000 | 51,423.33 | N/A | N/A | 0.00 |
| NOTFILED | M&T Bank | 4110-000 | 154,503.55 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | City Treasurer, Tax Collector | 4110-000 | 615.81 | N/A | N/A | 0.00 |
| NOTFILED | City Treasurer, Tax Collector | 4110-000 | 2,178.16 | N/A | N/A | 0.00 |
| | York County Tax Claim Bureau | 4700-000 | N/A | 2,262.64 | 2,262.64 | 2,262.64 |
| **TOTAL SECURED CLAIMS** | | | $222,970.80 | $167,447.21 | $6,262.64 | $6,262.64 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - LAWRENCE V. YOUNG, TRUSTEE | 2100-000 | N/A | 7,318.18 | 7,318.18 | 7,318.18 |
| Trustee Expenses - LAWRENCE V. YOUNG, TRUSTEE | 2200-000 | N/A | 58.29 | 58.29 | 58.29 |
| Attorney for Trustee Fees (Trustee Firm) - CGA Law Firm | 3110-000 | N/A | 7,407.00 | 7,407.00 | 7,407.00 |
| Attorney for Trustee Expenses (Trustee Firm) - CGA Law Firm | 3120-000 | N/A | 839.14 | 839.14 | 839.14 |
| Attorney for Trustee Fees (Trustee Firm) - CGA Law Firm | 3110-000 | N/A | 1,647.00 | 1,647.00 | 1,647.00 |
| Attorney for Trustee Expenses (Trustee Firm) - CGA Law Firm | 3120-000 | N/A | 855.36 | 855.36 | 855.36 |
| Other - James P. O'Mara | 3410-000 | N/A | 1,438.00 | 1,438.00 | 1,438.00 |
| Other - James P. O'Mara | 3410-000 | N/A | 800.00 | 800.00 | 800.00 |
| Other - Trustee Insurance Agency | 2420-000 | N/A | 1,202.40 | 1,202.40 | 1,202.40 |
| Other - Drew Smith | 2420-000 | N/A | 284.14 | 284.14 | 284.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Mercury Abstract Company | 3510-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| Other - Mercury Abstract Company | 2500-000 | N/A | 135.00 | 135.00 | 135.00 |
| Other - Mercury Abstract Company | 2820-000 | N/A | 1,713.95 | 1,713.95 | 1,713.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Abstract Associates of Lancaster | 3510-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| Other - Abstract Associates of Lancaster | 2500-000 | N/A | 200.00 | 200.00 | 200.00 |
| Other - City of York | 2820-000 | N/A | 287.83 | 287.83 | 287.83 |
| Other - Abstract Associates of Lancaster | 2820-000 | N/A | 1,585.21 | 1,585.21 | 1,585.21 |
| Other - Abstract Associates of Lancaster | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Other - Certified Title Corporation | 3510-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| Other - Certified Title Corporation | 2500-000 | N/A | 275.00 | 275.00 | 275.00 |
| Other - Certified Title Corporation | 2820-000 | N/A | 1,356.51 | 1,356.51 | 1,356.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 36.65 | 36.65 | 36.65 |
| Other - American Heritage Property Management | 2500-000 | N/A | 995.00 | 995.00 | 995.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Amount | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.38 | 42.38 | 42.38 |
| Other - American Heritage Property Management | 2500-000 | N/A | 395.00 | 395.00 | 395.00 |
| Other - Stephanie Jamison | 2500-000 | N/A | 70.00 | 70.00 | 70.00 |
| Other - Green City Realty | 2500-000 | N/A | 850.00 | 850.00 | 850.00 |
| Other - American Heritage Property Management LLC | 2500-000 | N/A | -995.00 | -995.00 | -995.00 |
| Other - Tarisha Jackson | 2500-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.15 | 33.15 | 33.15 |
| Other - Sa'Niya Barr | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Sa'lay Barr | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Sapphire Barr | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Iaj Sublett | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Iyon Jackson | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Shafiq Jamison | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Tarisha Jackson | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Tyson Dale | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Zamera Bradley | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Aremaz DeShields | 2500-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - Green City Realty | 2500-000 | N/A | 90.00 | 90.00 | 90.00 |
| Other - BROWN, SCOTT C | 3510-000 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| Other - BROWN, SCOTT C | 2500-000 | N/A | 327.00 | 327.00 | 327.00 |
| Other - BROWN, SCOTT C | 2820-000 | N/A | 677.52 | 677.52 | 677.52 |
| Other - City of York | 2820-000 | N/A | 465.21 | 465.21 | 465.21 |
| Other - BROWN, SCOTT C | 2500-000 | N/A | 850.00 | 850.00 | 850.00 |
| Other - Trustee Insurance Agency | 2420-000 | N/A | 416.50 | 416.50 | 416.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 63.09 | 63.09 | 63.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.63 | 58.63 | 58.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 64.17 | 64.17 | 64.17 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 60.07 | 60.07 | 60.07 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.98 | 57.98 | 57.98 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 24.29 | 24.29 | 24.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.87 | 65.87 | 65.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.79 | 55.79 | 55.79 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.69 | 59.69 | 59.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.62 | 57.62 | 57.62 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 65.48 | 65.48 | 65.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.30 | 54.30 | 54.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 59.84 | 59.84 | 59.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.88 | 57.88 | 57.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.82 | 29.82 | 29.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.12 | 35.12 | 35.12 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.90 | 31.90 | 31.90 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.92 | 10.92 | 10.92 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.70 | 12.70 | 12.70 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.80 | 1.80 | 1.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $48,453.38 | $48,453.38 | $48,453.38 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | PA Department of Revenue | 5800-000 | 2,122.00 | 2,122.00 | 2,122.00 | 2,122.00 |
| 2-1P | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 18,084.66 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,122.00 | $20,206.66 | $2,122.00 | $2,122.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,818.23 | 2,672.93 | 2,672.93 | 306.21 |
| 3 | American Express Bank, FSB | 7100-000 | 2,096.00 | 2,168.02 | 2,168.02 | 248.36 |
| 4 | M&T BANK | 7100-000 | 4,994.41 | 5,069.38 | 5,069.38 | 580.73 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | M&T BANK | 7100-000 | 158,567.15 | 165,184.57 | 161,184.57 | 18,464.78 |
| 6 | Synchrony Bank | 7100-000 | 1,524.78 | 1,697.67 | 1,697.67 | 194.48 |
| 7 | CLERK, U.S. BANKRUPTCY COURT - Sterling Jewelers Inc. | 7100-001 | 1,572.95 | 1,572.95 | 1,572.95 | 180.19 |
| 2-1U | INTERNAL REVENUE SERVICE | 7100-000 | N/A | 41,131.79 | 0.00 | 0.00 |
| 2-2U | INTERNAL REVENUE SERVICE | 7100-000 | 56,630.26 | 39,725.13 | 39,725.13 | 4,550.78 |
| NOTFILED | Charles L. Strausbaugh, CPA | 7100-000 | 11,080.42 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,735.57 | N/A | N/A | 0.00 |
| NOTFILED | Citi Card | 7100-000 | 18,037.90 | N/A | N/A | 0.00 |
| NOTFILED | Lease Consultants Corp. | 7100-000 | 1,444.36 | N/A | N/A | 0.00 |
| NOTFILED | Lowes Business | 7100-000 | 2,647.98 | N/A | N/A | 0.00 |
| NOTFILED | Cooper-Booth Wholesale, Co. | 7100-000 | 10,733.82 | N/A | N/A | 0.00 |
| NOTFILED | Benjamin Franklin Plumbing | 7100-000 | 2,301.85 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 1,952.16 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 21,687.24 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 11,112.20 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$312,937.28** | **$259,222.44** | **$214,090.65** | **$24,525.53** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:17-00091-HWV  **Trustee:** (580410) LAWRENCE V. YOUNG, TRUSTEE
**Case Name:** BROWN, SCOTT C  **Filed (f) or Converted (c):** 01/11/17 (f)
BROWN, ADELINE G  **§341(a) Meeting Date:** 02/08/17
**Period Ending:** 10/23/20  **Claims Bar Date:** 05/19/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 102 Farmview Drive, York, PA 17408-0000, York Co  Imported from original petition Doc# 1 | 234,424.00 | 0.00 | | 0.00 | FA |
| 2 | 231 South Penn Street, York, PA 17401-0000, York  Trustee listed property for sale 2/15/17 for $25,000. Order approving sale entered 4/18/17 (Docket #42). Asset sold 5/12/2017. | 30,000.00 | 13,248.92 | | 25,000.00 | FA |
| 3 | 214 Chestnut Street, York, PA 17403-0000, York C  Trustee listed property for sale 2/15/17 for $12,500. Purchase offer of $12,500 received 3/9/17. Court Order approving sale 4/12/17 (Docket #34). Asset sold on 4/27/2017. | 15,000.00 | 11,354.45 | | 12,500.00 | FA |
| 4 | 230 East Poplar Street, York, PA 17403-0000, Yor  Trustee listed property for sale 2/15/17 for $19,500. Court Order approving sale 4/12/17 (Docket #36). Asset sold 5/10/2017. | 20,000.00 | 18,884.19 | | 18,000.00 | FA |
| 5 | 748 South Duke Street, York, PA 17401-0000, York  Trustee listed property for sale 2/15/17 for $29,500. Order approving sale entere 5/25/17 (Docket #60) Asset sold 7/31/17. | 40,000.00 | 27,321.84 | | 29,500.00 | FA |
| 6 | Cash  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: First Capital FCU  Imported from original petition Doc# 1 | 7.00 | 0.00 | | 0.00 | FA |
| 8 | Savings: First Capital FCU  Imported from original petition Doc# 1 | 188.00 | 0.00 | | 0.00 | FA |
| 9 | Savings: Members 1st FCU  Imported from original petition Doc# 1 | 35.13 | 0.00 | | 0.00 | FA |
| 10 | Checking: Members 1st FCU  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 11 | Checking: Wells Fargo  Imported from original petition Doc# 1 | 17.00 | 0.00 | | 0.00 | FA |
| 12 | Deposits of money: Statefarm college savings acc  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:17-00091-HWV  
**Case Name:** BROWN, SCOTT C  
BROWN, ADELINE G  
**Period Ending:** 10/23/20  

**Trustee:** (580410) LAWRENCE V. YOUNG, TRUSTEE  
**Filed (f) or Converted (c):** 01/11/17 (f)  
**§341(a) Meeting Date:** 02/08/17  
**Claims Bar Date:** 05/19/17  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Deposits of money: First Capital FCU $4,490.46 -<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | TV($250), computer($300), furniture($1,000), bed<br>Imported from original petition Doc# 1 | 3,100.00 | 0.00 | | 0.00 | FA |
| 15 | Books, pictures, art<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 16 | misc. clothing<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 17 | misc. clothing<br>Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 18 | wedding band<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 19 | wedding bands<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | golf clubs<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 21 | York Hospital Pension<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Ret. or Pension Acct.: 403B<br>Imported from original petition Doc# 1 | 18,269.44 | 0.00 | | 0.00 | FA |
| 23 | Precision Underground Construction Services Corp<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Just In Time Vending, LLC<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Edge Of Town Hand Car Wash<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 2015 Toyota Highlander, leased vehicle - no curr<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 27 | 2010 Mercedes Benz E Class. Entire property valu<br>Imported from original petition Doc# 1 | 10,600.00 | 0.00 | | 0.00 | FA |
| 28 | copy machine<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1:17-00091-HWV  **Trustee:** (580410) LAWRENCE V. YOUNG, TRUSTEE
**Case Name:** BROWN, SCOTT C  **Filed (f) or Converted (c):** 01/11/17 (f)
BROWN, ADELINE G  **§341(a) Meeting Date:** 02/08/17
**Period Ending:** 10/23/20  **Claims Bar Date:** 05/19/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 29 | lawn mower & misc. tools<br>  Imported from original petition Doc# 1 | 1,200.00 | 0.00 | | 0.00 | FA |
| 30 | Rent from 231 S. Penn Street (u) | Unknown | 3,000.00 | | 1,500.00 | FA |
| 31 | Rent from 214 Chestnut Street (u)<br>  Tenant vacated premises in January, but did not advise us until March. Trustee did not collect rent prior to sale of property. | Unknown | 3,000.00 | | 0.00 | FA |
| 32 | Rent from 230 E. Poplar (u) | Unknown | 3,570.00 | | 1,938.55 | FA |
| 33 | Rent from 748 S. Duke Street (u)<br>  Rent was paid by Housing Authority. Trustee paid tenant's costs of relocating as the Trustee had obtained a purchaser who wished to occupy the property. | Unknown | 4,500.00 | | 3,525.00 | FA |
| 34 | 2016 tax refund (u) | 8,821.00 | 1,465.25 | | 0.00 | FA |
| 34 | **Assets Totals** (Excluding unknown values) | **$388,811.57** | **$86,344.65** | | **$91,963.55** | **$0.00** |

**Major Activities Affecting Case Closing:**

Funds disbursed 6/1/2020. One check remained outstanding as of 9/1/2020, which had previously been returned as undeliverable and forwarded to an updated address. Funds were forwarded to the Registry of Unclaimed funds on 9/11/2020. The Trustee was unable to prepare the TDR prior to 9/30/2020 because the $0 bank statement was not received prior to that date. The Trustee anticipates submitting the TDR by 10/31/2020.

**Initial Projected Date Of Final Report (TFR):**  September 30, 2017  **Current Projected Date Of Final Report (TFR):**  March 23, 2020 (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 1:17-00091-HWV  
**Case Name:** BROWN, SCOTT C  
BROWN, ADELINE G  
**Taxpayer ID #:** **-***1805  
**Period Ending:** 10/23/20

**Trustee:** LAWRENCE V. YOUNG, TRUSTEE (580410)  
**Bank Name:** Mechanics Bank  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $10,039,679.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/27/17 | {33} | Stephanie Jamison | Acct #748; Payment #1; February, 2017 rent | | 1222-000 | 750.00 | | 750.00 |
| 03/01/17 | | Tessia M. Hollinger | Acct #231; Payment #1, 2; February and March rent | | | 1,000.00 | | 1,750.00 |
| | {30} | | Acct #231; Payment #1; February and March rent | 500.00 | 1222-000 | | | 1,750.00 |
| | {30} | | Acct #231; Payment #2; February and March rent | 500.00 | 1222-000 | | | 1,750.00 |
| 03/03/17 | {32} | Wilma J. Davidson | Acct #230; Payment #1; February rent | | 1222-000 | 595.00 | | 2,345.00 |
| 03/09/17 | 101 | Trustee Insurance Agency | Insurance premium for four parcels of real estate | | 2420-000 | | 1,202.40 | 1,142.60 |
| 03/10/17 | {32} | Wilma J. Davidson | Acct #230; Payment #2 | | 1222-000 | 595.00 | | 1,737.60 |
| 03/21/17 | 102 | Drew Smith | Repairs to 748 S. Duke Street | | 2420-000 | | 284.14 | 1,453.46 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 1,443.46 |
| 04/19/17 | {30} | Tessia M. Hollinger | Acct #231; Payment #3; April rent | | 1222-000 | 500.00 | | 1,943.46 |
| 04/28/17 | | Mercury Abstract Company | Sale of 214 East Chestnut Street per Court Order 4/12/17 (#34) | | | 7,151.05 | | 9,094.51 |
| | {3} | Buyer: Raulin De La Cruz | Gross sales price | 12,500.00 | 1110-000 | | | 9,094.51 |
| | | | Realtor commission and broker service fee | -3,500.00 | 3510-000 | | | 9,094.51 |
| | | | Transfer tax, notary fee | -135.00 | 2500-000 | | | 9,094.51 |
| | | | Net real estate taxes and sewer | -1,713.95 | 2820-000 | | | 9,094.51 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 9,084.51 |
| 05/02/17 | | Housing Authority of York | Acct #748; Payment #2, 3; Rent | | | 1,275.00 | | 10,359.51 |
| | {33} | | Acct #748; Payment #2; Rent | 750.00 | 1222-000 | | | 10,359.51 |
| | {33} | | Acct #748; Payment #3; Rent | 525.00 | 1222-000 | | | 10,359.51 |
| 05/08/17 | 103 | M&T Bank | 214 E. Chestnut Street - compromised amount for release of lien | | 4110-000 | | 1,000.00 | 9,359.51 |
| 05/11/17 | | Abstract Associates of Lancaster | Settlement proceeds, sale per Court Order 4/12/17 (#36) | | | 10,426.96 | | 19,786.47 |
| | {4} | Buyer: JTDH, LLC | Gross sale price | 18,000.00 | 1110-000 | | | 19,786.47 |
| | | | Realtor's commission | -3,500.00 | 3510-000 | | | 19,786.47 |
| | | | Transfer tax, tax certification fee | -200.00 | 2500-000 | | | 19,786.47 |
| | | M&T BANK | M&T Bank judgment | -1,000.00 | 4110-000 | | | 19,786.47 |
| | | City of York | Sewer and Refuse | -287.83 | 2820-000 | | | 19,786.47 |

Subtotals : $22,293.01 $2,506.54

{} Asset reference(s) Printed: 10/23/2020 03:40 PM V-20.24

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1:17-00091-HWV  
**Case Name:** BROWN, SCOTT C  
BROWN, ADELINE G  
**Taxpayer ID #:** **-***1805  
**Period Ending:** 10/23/20  

**Trustee:** LAWRENCE V. YOUNG, TRUSTEE (580410)  
**Bank Name:** Mechanics Bank  
**Account:** ******7366 - Checking Account  
**Blanket Bond:** $10,039,679.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | Net real estate taxes | -1,585.21 | 2820-000 | | | 19,786.47 |
| | | | Credit to buyer for necessary repairs | -1,000.00 | 2500-000 | | | 19,786.47 |
| 05/12/17 | | Certified Title Corporation | Sale of 231 South Penn Street per Court Order 4/18/17 (#42) | | | 18,868.49 | | 38,654.96 |
| | {2} | Buyer: Wanda Ivette Ramos Rodriguez | Gross sale price | 25,000.00 | 1110-000 | | | 38,654.96 |
| | | M&T BANK | Judicial lien of M&T Bank | -1,000.00 | 4110-000 | | | 38,654.96 |
| | | | Realtor's commission | -3,500.00 | 3510-000 | | | 38,654.96 |
| | | | Transfer tax and notary fee | -275.00 | 2500-000 | | | 38,654.96 |
| | | | Net real estate taxes | -1,356.51 | 2820-000 | | | 38,654.96 |
| 05/15/17 | | JTDH, LLC | Acct #230; Payment #3, 4; Rent for April, 2017, pro-rated rent for May, 2017 | | | 748.55 | | 39,403.51 |
| | {32} | | Acct #230; Payment #3; Rent for April, 2017, pro-rated rent for May, 2017 | 595.00 | 1222-000 | | | 39,403.51 |
| | {32} | | Acct #230; Payment #4; Rent for April, 2017, pro-rated rent for May, 2017 | 153.55 | 1222-000 | | | 39,403.51 |
| 05/16/17 | 104 | Scott C. Brown | Payment of exemption of 231 South Penn Street, York, PA | | 8100-002 | | 10,600.00 | 28,803.51 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 36.65 | 28,766.86 |
| 06/02/17 | | Housing Authority of York for Stephanie Jamison | Acct #748; Payment #3, 4; Rent | | | 750.00 | | 29,516.86 |
| | {33} | | Acct #748; Payment #3; Rent | 225.00 | 1222-000 | | | 29,516.86 |
| | {33} | | Acct #748; Payment #4; Rent | 525.00 | 1222-000 | | | 29,516.86 |
| 06/08/17 | 105 | American Heritage Property Management | Stephanie Jamison security deposit for 737 Wallace Street | | 2500-000 | | 995.00 | 28,521.86 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 42.38 | 28,479.48 |
| 07/03/17 | | Housing Authority of York for Stephanie Jamison | Acct #748; Payment #4, 5; July, 2017 rent | | | 750.00 | | 29,229.48 |
| | {33} | | Acct #748; Payment #4; July, 2017 rent | 225.00 | 1222-000 | | | 29,229.48 |

Subtotals : $21,117.04  $11,674.03

{} Asset reference(s)  Printed: 10/23/2020 03:40 PM  V.20.24

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 1:17-00091-HWV | **Trustee:** | LAWRENCE V. YOUNG, TRUSTEE (580410) | |
| **Case Name:** | BROWN, SCOTT C | **Bank Name:** | Mechanics Bank | |
| | BROWN, ADELINE G | **Account:** | ******7366 - Checking Account | |
| **Taxpayer ID #:** | **-***1805 | **Blanket Bond:** | $10,039,679.00 (per case limit) | |
| **Period Ending:** | 10/23/20 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | {33} | | Acct #748; Payment #5; July, 2017 rent   525.00 | 1222-000 | | | 29,229.48 |
| 07/10/17 | 106 | CGA Law Firm | Counsel fees and expenses approved by Court Order 7/7/17 (#65) | | | 8,246.14 | 20,983.34 |
| | | | Counsel fees approved 7/7/17   7,407.00 | 3110-000 | | | 20,983.34 |
| | | | Counsel expenses approved 7/7/17   839.14 | 3120-000 | | | 20,983.34 |
| 07/12/17 | 107 | American Heritage Property Management | Rent for 644 W. Philadelphia St./Charles Rodriguez | 2500-000 | | 395.00 | 20,588.34 |
| 07/12/17 | 108 | Stephanie Jamison | Reimbursement for rental applications | 2500-000 | | 70.00 | 20,518.34 |
| 07/20/17 | 109 | Green City Realty | Security Deposit paid for Stephanie Jamison | 2500-000 | | 850.00 | 19,668.34 |
| 07/27/17 | | American Heritage Property Management LLC | Refund of security deposit paid for Stephanie Jamison 737 Wallace Street, York, PA. | 2500-000 | | -995.00 | 20,663.34 |
| 07/28/17 | 110 | Tarisha Jackson | Rent for Stephanie Jamison August 1, 2017 - August 7, 2017 | 2500-000 | | 350.00 | 20,313.34 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.15 | 20,280.19 |
| 08/01/17 | | Housing Authority of York for Stephanie Jamison | Acct #748; Payment #5, 6; August, 2017 rent | | 750.00 | | 21,030.19 |
| | {33} | | Acct #748; Payment #5; August, 2017 rent   225.00 | 1222-000 | | | 21,030.19 |
| | {33} | | Acct #748; Payment #6; August, 2017 rent   525.00 | 1222-000 | | | 21,030.19 |
| 08/02/17 | | BROWN, SCOTT C | Closing on 748 South Duke Street, York, PA 17401 | | 22,680.27 | | 43,710.46 |
| | {5} | Monica Lopez Polanco & Charles Rodriguez | Sale Price   29,500.00 | 1110-000 | | | 43,710.46 |
| | | M&T BANK | Agreed-upon payment to M&T for release of lien   -1,000.00 | 4110-000 | | | 43,710.46 |
| | | | Realtor's commission   -3,500.00 | 3510-000 | | | 43,710.46 |
| | | | Notary fee, tax certification, transfer tax   -327.00 | 2500-000 | | | 43,710.46 |
| | | | Net post-petition real estate taxes   -677.52 | 2820-000 | | | 43,710.46 |
| | | City of York | Municipal Sewer and Refuse   -465.21 | 2820-000 | | | 43,710.46 |
| | | | Seller assistance, credit to purchaser   -850.00 | 2500-000 | | | 43,710.46 |

Subtotals :   $23,430.27   $8,949.29

{} Asset reference(s)   Printed: 10/23/2020 03:40 PM   V.20.24

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 1:17-00091-HWV | | Trustee: | LAWRENCE V. YOUNG, TRUSTEE (580410) |
|---|---|---|---|---|
| Case Name: | BROWN, SCOTT C | | Bank Name: | Mechanics Bank |
| | BROWN, ADELINE G | | Account: | ******7366 - Checking Account |
| Taxpayer ID #: | **-***1805 | | Blanket Bond: | $10,039,679.00 (per case limit) |
| Period Ending: | 10/23/20 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/17 | 111 | Sa'Niya Barr | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,660.46 |
| 08/08/17 | 112 | Sa'lay Barr | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,610.46 |
| 08/08/17 | 113 | Sapphire Barr | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,560.46 |
| 08/08/17 | 114 | Iaj Sublett | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,510.46 |
| 08/08/17 | 115 | Iyon Jackson | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,460.46 |
| 08/08/17 | 116 | Shafiq Jamison | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,410.46 |
| 08/08/17 | 117 | Tarisha Jackson | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,360.46 |
| 08/08/17 | 118 | Tyson Dale | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,310.46 |
| 08/08/17 | 119 | Zamera Bradley | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,260.46 |
| 08/08/17 | 120 | Aremaz DeShields | Assistance in removal of tenant from 748 South Duke Street | 2500-000 | | 50.00 | 43,210.46 |
| 08/09/17 | 121 | Green City Realty | Pro-rated rent for August rent for Stephanie Jamison | 2500-000 | | 90.00 | 43,120.46 |
| 08/22/17 | 122 | Trustee Insurance Agency | Final insurance premium through date of cancelation | 2420-000 | | 416.50 | 42,703.96 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 63.09 | 42,640.87 |
| 09/01/17 | 123 | Housing Authority of the City of York | Refund of rent received 748 S. Duke Street for Stephanie Jamison | | | 750.00 | 41,890.87 |
| | {33} | | Acct #748; Payment #5         225.00 | 1222-000 | | | 41,890.87 |
| | {33} | | Acct #748; Payment #6         525.00 | 1222-000 | | | 41,890.87 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.63 | 41,832.24 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.17 | 41,768.07 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.07 | 41,708.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.98 | 41,650.02 |
| 01/02/18 | 124 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/02/2018 FOR CASE #17-00091 | 2300-000 | | 24.29 | 41,625.73 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.87 | 41,559.86 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.79 | 41,504.07 |

Subtotals :                     $0.00              $2,206.39

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 1:17-00091-HWV
**Case Name:** BROWN, SCOTT C
BROWN, ADELINE G
**Taxpayer ID #:** **-***1805
**Period Ending:** 10/23/20

**Trustee:** LAWRENCE V. YOUNG, TRUSTEE (580410)
**Bank Name:** Mechanics Bank
**Account:** ******7366 - Checking Account
**Blanket Bond:** $10,039,679.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.69 | 41,444.38 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.62 | 41,386.76 |
| 05/22/18 | 125 | York County Tax Claim Bureau | Pre-petition delinquent real estate taxes that were inadvertently not paid from settlement | 4700-000 | | 2,262.64 | 39,124.12 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.48 | 39,058.64 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.30 | 39,004.34 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.84 | 38,944.50 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.88 | 38,886.62 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.82 | 38,856.80 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.12 | 38,821.68 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.90 | 38,789.78 |
| 12/13/18 | 126 | James P. O'Mara, CPA | Retainer for accounting services | 3410-000 | | 800.00 | 37,989.78 |
| 01/08/19 | 127 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/08/2019 FOR CASE #17-00091, 2019 blanket bond | 2300-000 | | 10.92 | 37,978.86 |
| 04/08/19 | 128 | James P. O'Mara | Fees approved by Court Order dated 4/5/2019 | 3410-000 | | 1,438.00 | 36,540.86 |
| 08/28/19 | | Transition Transfer Debit | | 9999-000 | | 36,540.86 | 0.00 |
| | | | ACCOUNT TOTALS | | 66,840.32 | 66,840.32 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 36,540.86 | |
| | | | **Subtotal** | | 66,840.32 | 30,299.46 | |
| | | | Less: Payments to Debtors | | | 10,600.00 | |
| | | | **NET Receipts / Disbursements** | | **$66,840.32** | **$19,699.46** | |

{} Asset reference(s)     Printed: 10/23/2020 03:40 PM    V.20.24

Case 1:17-bk-00091-HWV    Doc 89    Filed 10/30/20    Entered 10/30/20 12:58:16    Desc
Main Document     Page 15 of 18

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 1:17-00091-HWV | **Trustee:** | LAWRENCE V. YOUNG, TRUSTEE (580410) | |
| **Case Name:** | BROWN, SCOTT C | **Bank Name:** | People's United Bank | |
| | BROWN, ADELINE G | **Account:** | ********9563 - Checking Account | |
| **Taxpayer ID #:** | **-***1805 | **Blanket Bond:** | $10,039,679.00 (per case limit) | |
| **Period Ending:** | 10/23/20 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/28/19 | | Transfer from 0061 to 9563 | Transfer from 0061 to 9563 | 9999-000 | 36,540.86 | | 36,540.86 |
| 12/18/19 | | Transfer from 9563 to 1027 | Transfer from 9563 to 1027 | 9999-000 | | 36,540.86 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **36,540.86** | **36,540.86** | **$0.00** |
| | | | Less: Bank Transfers | | 36,540.86 | 36,540.86 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 7

**Case Number:** 1:17-00091-HWV
**Case Name:** BROWN, SCOTT C
BROWN, ADELINE G
**Taxpayer ID #:** **-***1805
**Period Ending:** 10/23/20

**Trustee:** LAWRENCE V. YOUNG, TRUSTEE (580410)
**Bank Name:** Metropolitan Commercial Bank
**Account:** ******0002 - Checking Account
**Blanket Bond:** $10,039,679.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/18/19 | | Transfer from 4083 to 0002 | Transfer from 4083 to 0002 | 9999-000 | 36,540.86 | | 36,540.86 |
| 01/02/20 | 20129 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/02/2020 FOR CASE #17-00091, Bond #016026361 | 2300-000 | | 12.70 | 36,528.16 |
| 02/24/20 | 20130 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/24/2020 FOR CASE #17-00091, Premium for increase in amount of blanket bond | 2300-000 | | 1.80 | 36,526.36 |
| 06/01/20 | 20131 | CGA Law Firm | Dividend paid 100.00% on $1,647.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,647.00 | 34,879.36 |
| 06/01/20 | 20132 | CGA Law Firm | Dividend paid 100.00% on $855.36, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 855.36 | 34,024.00 |
| 06/01/20 | 20133 | PA Department of Revenue | Dividend paid 100.00% on $2,122.00; Claim# 8; Filed: $2,122.00; Reference: | 5800-000 | | 2,122.00 | 31,902.00 |
| 06/01/20 | 20134 | Discover Bank | Dividend paid 11.45% on $2,672.93; Claim# 1; Filed: $2,672.93; Reference: | 7100-000 | | 306.21 | 31,595.79 |
| 06/01/20 | 20135 | American Express Bank, FSB | Dividend paid 11.45% on $2,168.02; Claim# 3; Filed: $2,168.02; Reference: | 7100-000 | | 248.36 | 31,347.43 |
| 06/01/20 | 20136 | M&T BANK | Dividend paid 11.45% on $5,069.38; Claim# 4; Filed: $5,069.38; Reference: | 7100-000 | | 580.73 | 30,766.70 |
| 06/01/20 | 20137 | M&T BANK | Dividend paid 11.45% on $161,184.57; Claim# 5; Filed: $165,184.57; Reference: | 7100-000 | | 18,464.78 | 12,301.92 |
| 06/01/20 | 20138 | Synchrony Bank | Dividend paid 11.45% on $1,697.67; Claim# 6; Filed: $1,697.67; Reference: | 7100-000 | | 194.48 | 12,107.44 |
| 06/01/20 | 20139 | Sterling Jewelers Inc. | Dividend paid 11.45% on $1,572.95; Claim# 7; Filed: $1,572.95; Reference:<br>Stopped on 09/11/20 | 7100-000 | | 180.19 | 11,927.25 |
| 06/01/20 | 20140 | INTERNAL REVENUE SERVICE | Dividend paid 11.45% on $39,725.13; Claim# 2-2U; Filed: $39,725.13; Reference: | 7100-000 | | 4,550.78 | 7,376.47 |
| 06/01/20 | 20141 | LAWRENCE V. YOUNG, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 7,376.47 | 0.00 |
| | | | Dividend paid 100.00%    7,318.18<br>on $7,318.18;  Claim# ;<br>Filed: $7,318.18 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    58.29<br>on $58.29;  Claim# ;<br>Filed: $58.29 | 2200-000 | | | 0.00 |

Subtotals :     $36,540.86     $36,540.86

{} Asset reference(s)                                                                                                                Printed: 10/23/2020 03:40 PM    V-20.24

Case 1:17-bk-00091-HWV    Doc 89    Filed 10/30/20    Entered 10/30/20 12:38:16    Desc
Main Document    Page 17 of 18

Exhibit 9

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 1:17-00091-HWV | **Trustee:** LAWRENCE V. YOUNG, TRUSTEE (580410) |
| **Case Name:** BROWN, SCOTT C | **Bank Name:** Metropolitan Commercial Bank |
| BROWN, ADELINE G | **Account:** ******0002 - Checking Account |
| **Taxpayer ID #:** **-***1805 | **Blanket Bond:** $10,039,679.00 (per case limit) |
| **Period Ending:** 10/23/20 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/11/20 | 20139 | Sterling Jewelers Inc. | Dividend paid 11.45% on $1,572.95; Claim# 7; Filed: $1,572.95; Reference: Stopped: check issued on 06/01/20 | 7100-000 | | -180.19 | 180.19 |
| 09/11/20 | 20142 | CLERK, U.S. BANKRUPTCY COURT | Dividend paid 11.45% on $1,572.95; Claim# 7; Filed: $1,572.95; Reference: | 7100-001 | | 180.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 36,540.86 | 36,540.86 | $0.00 |
| | | | Less: Bank Transfers | | 36,540.86 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 36,540.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $36,540.86 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7366** | 66,840.32 | 19,699.46 | 0.00 |
| **Checking # ********9563** | 0.00 | 0.00 | 0.00 |
| **Checking # ******0002** | 0.00 | 36,540.86 | 0.00 |
| | $66,840.32 | $56,240.32 | $0.00 |