United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 17-00091-HWV
Scott C Brown  Chapter 7
Adeline G Brown
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Nov 02, 2020      Form ID: fnldec      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Scott C Brown, Adeline G Brown, 102 Farmview Drive, York, PA 17408-6208

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:

| **Name** | **Email Address** |
|---|---|
| James Warmbrodt | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Lawrence V. Young | on behalf of Trustee Lawrence V. Young (Trustee) lyoung@cgalaw.com tlocondro@cgalaw.com;scomegna@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.com;jrosenau@cgalaw.com |
| Lawrence V. Young (Trustee) | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Steven M. Carr | on behalf of Debtor 1 Scott C Brown stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net |

Steven M. Carr
    on behalf of Plaintiff Scott C Brown stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net

Steven M. Carr
    on behalf of Debtor 2 Adeline G Brown stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net

Steven M. Carr
    on behalf of Plaintiff Adeline G Brown stevecarr8@comcast.net julie.reamcarrllc@gmail.com;debclick@comcast.net

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Scott C Brown,
    **Debtor 1**

Adeline G Brown,
    **Debtor 2**

Chapter 7

Case No. 1:17−bk−00091−HWV

Social Security No.:
    xxx−xx−0236    xxx−xx−2294

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

    **Lawrence V. Young (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: November 2, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (10/20)